UNITED STATES MARSHALS SERVICE
DISTRICT OF CONNECTICUT
MEMORANDUM

FILED
Mar 18  10 44 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DATE:     03-04-03

TO:       File

FROM:     Paul Winterhalder
          SDUSM, D/CT

SUBJECT:  3:00CV245 (PCD) Radio Equipment seized from
          148 Grand St. Waterbury, CT.

    As per Order of the Honorable U.S. District Judge Peter C. Dorsey dated April 28, 2000, the below listed radio equipment is hereby disposed of according to law. Said radio equipment has been destroyed as per the request of FCC investigators. Destruction of the transmitter items listed below is allowed according to law and as Ordered by USDJ Peter C. Dorsey.

1    XMTR    Amplifier

1    XMTR    Exciter

WITNESSED BY: *[signature]* SDUSM

WITNESSED BY: *[signature]* DUSM